UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                                              CASE NO. 1:06-CR-61

v.

                                                              HON. ROBERT HOLMES BELL

QUANTEZ PETEZ PHILLIPS,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #105 ). Based on a review of defendant's motion, the Sentence Modification Report, submissions by counsel on behalf of the defendant and the government, and the original criminal file, the Court has determined that the motion should be denied as follows:

Defendant was sentenced to the mandatory minimum of 120 months in custody at the time of sentencing on October 13, 2006. The sentence was later reduced to 102 months based on the filing of a Rule 35(b) motion.

The amended guideline range as calculated in the Sentence Modification Report is 121 to 151 months. The Sentencing Guidelines provide that "where a statutorily required minimum sentence is greater than the maximum of the applicable guideline range, the statutorily required minimum sentence shall be the guideline sentence." USSG §5G1.1(b). Since Amendment 750 does not result in a lower guideline range due to the mandatory minimum sentence imposed, defendant is not eligible for a sentence reduction

under 18 U.S.C. §3582(c)(2) and USSG §1B1.10.


Date: November 14, 2012                    /s/ Robert Holmes Bell
                                           ROBERT HOLMES BELL
                                           UNITED STATES DISTRICT JUDGE